IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PHILLIP SMITH, | 8:19CV298 |
|---|---|
| Plaintiff, | |
| vs. | SECOND AMENDED ORDER SETTING SCHEDULE FOR PROGRESSION OF CASE |
| TROY MILLER, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 21) is granted, and, accordingly, paragraphs 1, 2, and 3 of the court's Order Setting Schedule for Progression of Case (Filing 17), as previously amended (Filing 20), are amended to read as follows:

1. All depositions, whether or not they are intended to be used at trial, shall be completed by June 2, 2020. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before May 18, 2020.

2. All motions to amend the pleadings shall be filed on or before June 2, 2020. The parties must comply with the provisions of NECivR 15.1 when moving to amend the pleadings.

3. Motions to compel discovery shall be filed on or before July 2, 2020. The parties must comply with the provisions of NECivR 7.1(i) before filing a motion to compel.

In all other respects the progression order (Filing 17) shall remain unchanged.

Dated this 7th day of April, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge